BENJAMIN WAGNER
Acting United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO, MA BBO 670079
    Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    Email: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ARTHUR GRAVES,<br><br>    Plaintiff,<br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. :1:15-cv-00516-EPG<br><br>JOINT STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(ECF No. 16) |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand to the defendant, the Office of Disability Adjudication and Review will remand this case to an administrative law judge and direct him or her to further develop the medical record, ordering, if necessary, a medical examination of the claimant; hold a new hearing; give the claimant an opportunity to testify and submit additional evidence; and reconsider the claimant's credibility.

Respectfully submitted,

Date: January 20, 2016,	By:/s/ Melissa Newel*
	MELISSA NEWEL
	Attorney for Plaintiff
	*By email authorization on 1/20/2016

Date: January 20, 2016	BENJAMIN WAGNER
	United States Attorney
	By:     /s/ Marcelo Illarmo
	MARCELO ILLARMO
	Special Assistant United States Attorney
	Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 16), the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the above stipulation.  The Clerk of the Court is DIRECTED to enter final judgment in favor of Plaintiff James Arthur Graves and against Defendant Carolyn W. Colvin and to close this case.

IT IS SO ORDERED.

   Dated:   **January 21, 2016**	/s/ Erica P. Grosjean
	UNITED STATES MAGISTRATE JUDGE