BENJAMIN WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO, MABN 670079
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134

    E-mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ARTHUR GRAVES, | Case No. 1:15-cv-00516-EPG |
|     Plaintiff, | STIPULATIONAND ORDER FOR AWARD |
| v. | AND PAYMENT OF ATTORNEYS FEES |
| | AND EXPENSES PURSUANT TO EAJA 28 |
| CAROLYN W. COLVIN, | U.S.C. §2412(d) AND COSTS PURSUANT |
| Acting Commissioner, Social Security | TO 28 U.S.C. § 1920 |
|     Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to the approval of the Court, that James Arthur Graves (Plaintiff) be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of Five Thousand Two Hundred Fifty dollars($5,250.00) and zero ($0.00) costs. This represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to <u>Astrue v. Ratliff</u>, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's

Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees approved to be made directly to Melissa Newel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Melissa Newel or Newel Law (collectively "Plaintiff's counsel") may have relating to EAJA attorney fees and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the provisions of the EAJA.

Date: March 25, 2016

Respectfully submitted,
NEWEL LAW

By:  */s/ \*Melissa Newel*
MELISSA NEWEL
*\* By email authorization on March 24, 2016*
Attorney(s) for Plaintiff

Dated: March 25, 2016

BRIAN J. STRETCH
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Based upon the parties' above Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (ECF No. 22), **IT IS ORDERED** that fees and expenses in the amount of Five Thousand Two Hundred Fifty dollars ($5,250.00) as authorized by 28 U.S.C. § 2412, and $0.00 (zero) costs, pursuant to 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation. The Motion for Attorney Fees Pursuant to EAJA (ECF No. 19) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **March 28, 2016**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE